

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Shu CHEN, ) <br> ) <br> Defendant. ) <br> _____ ) | Magistrate Case No. '21 MJ03480 <br><br> COMPLAINT FOR VIOLATION OF: <br><br> Title 8 U.S.C. Section 1324(a)(2)(B)(iii)- <br> Bringing in Unlawful Alien Without Presentation |

The undersigned complainant, being duly sworn, states:

On or about August 25, 2021, within the Southern District of California, Defendant Shu CHEN, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that alien, namely, Arturo AGUILAR Alvarado, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1., this 26th of August 2021.

HON. BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Arturo AGUILAR Alvarado, is a citizen of a country other than the United States; that said alien is found to be deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that he is a smuggled alien in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On August 25, 2021, at approximately 12:04 P.M. Shu CHEN (Defendant), a Legal Permanent Resident, made application for admission into the United States from Mexico through the vehicle primary lanes at the San Ysidro, California Port of Entry. Defendant was driving a BMW 330 Series convertible bearing California license plates. Upon inspection before a United States Customs and Border Protection (CBP) officer, Defendant presented his Legal Permanent Resident card as proof of identity and citizenship. The CBP officer asked Defendant where he was going and he stated to El Cajon, California. The CBP Officer conducted primary queries and received a computer-generated alert. The CBP Officer referred Defendant and vehicle into the secondary lot for further inspection.

In vehicle secondary, a CBP Officer was assigned to conduct an inspection of the vehicle and observed what appeared to be an aftermarket compartment built into the trunk area of the vehicle. The CBP Officer saw a small gap in the compartment and placed his hand inside discovering what felt like a human individual. The CBP Officer requested for assistance, secured Defendant in hand restraints, and escorted Defendant into the Security Office for further inspection.

CBP Officers arrived to assist the individual out of the compartment. A CBP Officer attempted to open the convertible top and noticed there was a lock on the roof. CBP Officers attempted to gain access to the compartment, but it was bolted down and could not be opened. The CBP Officer utilized an Allen wrench to unlock the roof top. The CBP Officer unfolded the convertible top and gained access to the compartment discovering one male individual. The CBP Officer assisted the male individual out of the compartment, placed in hand restraints for officer safety and was escorted to Security Office for further inspections.

The male individual was found to be a citizen of Mexico without any documents that would permit him to enter or remain in the United States. The male individual was identified as Arturo AGUILAR Alvarado (Material Witness) and is being held as a Material Witness.

At approximately 2:47 P.M., Defendant was advised of his Miranda Rights and elected to give a statement without the benefit of counsel. Defendant admitted he suspected he would be smuggling an undocumented alien into the United States utilizing the vehicle that was provided to him by the smuggling organization in exchange for $1,500.00 U.S. Dollars. Defendant admitted he was taking the Material Witness to Exit 9, in San Diego, California.

During a video-recorded interview, Material Witness admitted to being a citizen of Mexico with no documents to lawfully enter or reside in the United States. Material Witness stated his mother-in-law made the arrangements. Material Witness stated he was to pay $19,000.00 U.S. Dollars to be smuggled into the United States. Material Witness stated she was traveling to Los Angeles, California to live and seek employment.